IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3116 |
| vs. | ORDER |
| AARON C. COLLINS, | |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED:

1) The hearing currently scheduled for March 2, 2018 at 10:00 a.m. is cancelled.

2) Defendant shall submit his post-hearing brief by February 12, 2018.

3) The government's response, if any, shall be filed on or before February 20, 2018.

4) Defendant's Motion to Suppress will be deemed fully submitted on February 21, 2018.

February 2, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge