IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AARON C. COLLINS,<br><br>　　　　　Defendant. | 4:17CR3116<br><br>ORDER |

Defendant has moved to continue the deadline for filing objections to Findings and Recommendation on his motion to suppress, and to continue his trial. (Filing No. 39). Defendant explains the suppression issues need to be decided by the Court before Defendant can make further decisions regarding seeking plea negotiations or preparing for trial. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

　　IT IS ORDERED:

　　1)　Defendant's motion to continue, (Filing No. 39), is granted.

　　2)　Defendant's deadline for filings objections to the Findings and Recommendation on his motion to suppress, (Filing No. 20), is extended to March 30, 2018.

　　3)　The trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on May 14, 2018, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

　　4)　The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the

motion, the time between today's date and May 14, 2018, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

March 23, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge